WHETHER THE ARMY COURT OF CRIMINAL APPEALS ABUSED ITS DISCRETION BY RE–AFFIRMING APPELLANT'S APPROVED SENTENCE AFTER THIS COURT SET ASIDE HIS CONVICTION FOR MANSLAUGHTER.

Briefs will be filed under Rule 25.

No. 14–0619/AR. U.S. v. Aaron J. Twinam. CCA 20120384. Review granted on the following issue:

WHETHER THE MILITARY JUDGE ABUSED HIS DISCRETION BY ACCEPTING APPELLANT'S PLEA WHEN HE IGNORED THE ULTI- MATE OFFENSE DOCTRINE AND FOUND APPELLANT GUILTY OF FAILURE TO OBEY AN ORDER OR REGULATION.

No briefs will be filed under Rule 25.

No. 13–7001/AR. U.S. v. Hasan K. Akbar. CCA 20050514. On consideration of the joint motion to file out of time a response to the Court's order to submit a digital version of the joint appendix, it is ordered that said motion is hereby granted.

No. 13–7001/AR. U.S. v. Hasan K. Akbar. CCA 20050514. On consideration of the joint motion to amend the joint motion for oral argument, it is ordered that said motion is hereby granted.

No. 14–0166/AF. U.S. v. Brittany N. Olson. CCA S32034. On consideration of Appellant's motion to supplement the record and motion to file supplemental issue, it is ordered that said motions are hereby denied.